**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: MICHAEL F. KISSELL | : | No. 316 WAL 2021 |
| | : | |
| | : | |
| PETITION OF: MICHAEL F. KISSELL | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of March, 2022, the Application for Leave to File Response and the Petition for Allowance of Appeal are **DENIED**.